_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
March 05, 2025

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

GONZALO RAMOS-RUIZ,

Debtor.

Case No.: 24-13678-abl

Chapter 11

Hearing Date: February 26, 2025
Hearing Time: 10:30 a.m.

**ORDER GRANTING MOTION FOR STAY RELIEF**

On February 26, 2025, the Court conducted a hearing on a Motion for Relief from Stay to Obtain Movants Community Share of Equity in the Marital Residence Pursuant to the August 20, 2024, Family Court Order ("Motion").[1] The Motion was filed on behalf of Maria Luisa Sanchez-Plata ("Creditor").

At the February 26, 2025 hearing, attorney Denisse Y. Ramos appeared in person on behalf of the Creditor. Debtor Gonzalo Ramos-Ruiz appeared telephonically in proper person. No other appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on February 26, 2025, those findings of fact and conclusions of law are

---

[1] ECF No. 146. In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption, as those documents appear on the official docket maintained by the Clerk of the Court.

incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion is **GRANTED** for cause under 11 U.S.C. §362(d)(1).[2]

**IT IS FURTHER ORDERED** that the automatic stay under 11 U.S.C. §362(a) is **MODIFIED** such that:

  A. The Eighth Judicial District Court of the State of Nevada, County of Clark, Family Division[3] is authorized to take any and all actions necessary to give full force and effect to the Decree of Divorce and subsequent orders entered in the Divorce Case, including without limitation the sale of the marital residence at 3631 Villa Knolls East Drive, Las Vegas, Nevada 89120[4]; and

  B. Both parties to the Divorce Case are authorized to present any remaining legal arguments regarding the Decree of Divorce and subsequent orders entered in the Divorce Case to the State Court for resolution in the Divorce Case, and also to pursue any related appeals.

**IT IS FURTHER ORDERED** that upon any sale of the Marital Residence, all net proceeds remaining after satisfaction of the usual costs of sale[5] shall be held in escrow, and not disbursed, absent further order of this Court.

**IT FURTHER ORDERED** that except as modified under this Order, the automatic stay under 11 U.S.C. § 362(a) shall remain in full force and effect.

---

[2] Specifically, having considered the relevant factors, the Court concludes that cause exists to modify the automatic stay in order to bring finality to pre-bankruptcy dissolution of marriage proceedings in the Eighth Judicial District Court of the State of Nevada, County of Clark, Family Division, Case No. D-22-64180-D (hereafter, the "Divorce Case"). See Adelson v. Smith (In re Smith), 389 B.R. 902, 918 (Bankr. D. Nev. 2008) (collecting cases as to when cause exists for stay relief to permit litigation to be concluded in another forum).

[3] Hereafter, the "State Court."

[4] Hereafter, the "Marital Residence."

[5] For clarity and avoidance of any doubt, the term "usual costs of sale" as used in this Order **shall not** be construed to include the $41,000.00 equalization payment required under the Decree of Divorce entered in the Divorce Case.

Copies sent to registered parties via CM/ECF Electronic Mail System.

Copy sent via BNC to:

>GONZALO RAMOS-RUIZ
>3631 VILLA KNOLLS EAST DR
>LAS VEGAS, NV 89120

###