_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
March 13, 2025

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

GONZALO RAMOS-RUIZ,

Debtor.

Case No.: 24-13678-abl

Chapter 11

Hearing Date: March 12, 2025
Hearing Time: 1:30 p.m.

**ORDER DENYING MOTION TO RECONSIDER**

On March 12, 2025, the Court conducted a hearing on a Motion for Reconsideration to Cure "Denied Subtaining [sic] Debtor's Objections Orders(s)" Due to Insufficient Service of Process, Fed. R. Bankr. P. 9013 ("Motion").[1] The Motion was filed by Gonzalo Ramos-Ruiz ("Debtor") in proper person. The Motion sought reconsideration of Denied Orders Sustaining Debtor's Objections to Claims entered by this Court on January 29, 2025.[2]

At the March 12, 2025 hearing, Debtor Gonzalo Ramos-Ruiz appeared telephonically in proper person. No other appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on May 12, 2025, those findings of fact and conclusions of law are incorporated

---

[1] ECF No. 185.  In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

[2] ECF Nos. 164, 165, 166, and 167.

into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion is **DENIED**.

Copies sent to all registered parties via CM/ECF Electronic Mail System.

Copy sent via BNC to:

GONZALO RAMOS-RUIZ
3631 VILLA KNOLLS EAST DR
LAS VEGAS, NV 89120

# # #